# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VICKIE L. GRAHAM,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER, of the Social Security Administration,<br><br>    Defendant. | Case No. CIV-19-068-RAW-SPS |

## ORDER DISMISSING ACTION

Before the court are Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Docket No. 11] and the Report and Recommendation (R&R) filed by the United States Magistrate Judge [Docket No. 14]. Defendant seeks dismissal based on the statute of limitations. On November 7, 2019, the Magistrate Judge filed his R&R, finding that Plaintiff's claim was untimely filed and recommending this action be dismissed. No response or objection to the R&R has been filed.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to grant the motion to dismiss is well-supported by the evidence and the prevailing legal authority. Accordingly, the R&R is hereby AFFIRMED and ADOPTED as this court's Findings and Order. This action is hereby DISMISSED.

**IT IS SO ORDERED** this 14th day of January, 2020.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**